FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

14 JUN -6 AM 11:40

Chris Martin,
Plaintiff

Case No. CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

V.

Gwyneth Paltrow;
Donald Sterling,
Defendant

2:14-mc-12-FtM-29CM

Emergency Restraining Order
Sexual Harrassment Lawsuit

I'm Scared.I'm in danger.I'm an Emotional Wreck.I seek $10 Million dollars. I aint the real Chris Martin da singer,But Donald Sterling of the Clippers think I am and Sterling is harassing and threatening me on the phone,telling me to stay away from Gwyneth cause Paltrow left her husband for Donald Sterling to be his mistress.Sterling pays Paltrow $500,000 a month to service his needs and Breed together new tall blonde hair blue eye under Sterlings Nazi Aryan Beliefs and Gwyneth told Sterling she had a crappy marriage,no sex,and the real Chris Martin cheated on her with lorde on Royal Carribean Cruise.So,I am chillen at the Crib Bose NSYNC I'm a timberlake Fan and my phone rings,and at the same time a rock throws through my window and tires screeched away.I pick up the phone and it's Donald Sterling and I taped his voice rambling.I put it on transcript.This is what He said:
"Chris-to-pher Gofer Boy,Chris Miss Martin.U.S. Defeat British.I catfish yo chick Gwyneth She Master Bait me chicken of da sea you gay Ricky Martin Freak.Back off.Heil Hitler.Cold Play sucks.I'm Livin Lovida Loco I want no CoCo Crisp Chicks Gwyneth said you gotta 4inch dick.You cant keep it up.I'm her daddy warbucks.Is Mark Martin your uncle.Go get viagra.I hate Martin luther King.Your Penis is Martin Short.I'm Steve Martin Gwyneth my Pink Pantha Meow Grrr Pussy Cat Doll Dont ya not wish Gwyneth wit a Freak like me.Gwyneth rub a dub Icy Hot on my Bum I'm da white Mike lowery You Martin a Joke go choke a chicken come near Gwyneth is a Death Sentence get the message Gwyneth white and milky,My Snow Bunny.You Miss da Vanilla Puddin.We gonna have organic orgasm,Now go cry like Jonathon Martin."

Then,Donald Sterling hung up.I'm just a innocent victim wrong Chris Martin.I'm also gay and I smoke medical marijuana and I got PTSD from the illegal war in Iraq,so I dont need this crap and feel like a mouse trapped I'm just a Cool Cat laid Back tryin to get laid.I wish Gwyneth was my wife.Donald Sterling caused me Emotional Distress.Now I got to seek a psych.I seek $10 Million in Punitive damages and a restraining order.I dont want no more Sterling calls.

May,24,2014

Respectfully,

Chris Martin
235 E.42nd St.
NY,NY,10017